**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **GRESHAM & GRAHAM GENERAL PARTNERSHIP** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-3980966** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **341 W. SECRETARIAT** **Tempe, AZ 85284** Number, Street, City, State & ZIP Code **Maricopa** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **3907 GRESHAM ST. #6, San Diego, CA 92109** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ■ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **GRESHAM & GRAHAM GENERAL PARTNERSHIP**        Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| District | District of Arizona | When | 8/20/12 | Case number | 2:12-bk-18559 |
| District | District of Arizona | When | 1/20/12 | Case number | 12-01091 |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **GRESHAM & GRAHAM GENERAL PARTNERSHIP**   Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **GRESHAM & GRAHAM GENERAL PARTNERSHIP**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 31, 2017**
MM / DD / YYYY

**X** **/s/ Theresa Littler**
Signature of authorized representative of debtor

**Theresa Littler**
Printed name

Title **General Partner**

**18. Signature of attorney**

**X** **/s/ Blake D. Gunn**
Signature of attorney for debtor

Date **July 31, 2017**
MM / DD / YYYY

**Blake D. Gunn**
Printed name

**Law Office of Blake D. Gunn**
Firm name

**P.O. Box 22146**
**Mesa, AZ 85277**
Number, Street, City, State & ZIP Code

Contact phone **480-270-5073**     Email address

**019112**
Bar number and State

Fill in this information to identify the case:
Debtor name   **GRESHAM & GRAHAM GENERAL PARTNERSHIP**
United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Alisanos Community Association c/o Sentry Management 7955 S. Priest Dr., Suite 105 Tempe, AZ 85284 | | Residential Real Property 341 W. Secretariat Dr. Tempe, AZ 85284 | | **Unknown** | **$650,000.00** | **Unknown** |
| Arizona Department of Revenue Bankruptcy & Litigation Section 1600 W. Monroe #720 Phoenix, AZ 85007 | | For notice only | | | | **Unknown** |
| Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | For notice only | | | | **Unknown** |
| Kaufman BC Investments, Inc. 4631 E. University Dr. Phoenix, AZ 85034 | | Refrigerator, washer, dryer, stove, microwave, small appliances, vaccuum cleaner, dishwasher, 3 sofas, 2 living room chairs, television, 3 dressers, 3 | | **$10,000.00** | **$6,000.00** | **$4,000.00** |
| Kaufman BC Investments, Inc. 4631 E. University Dr. Phoenix, AZ 85034 | | Misc. paperback and hard back books, misc. framed prints, 3 oil paintings | | **$10,000.00** | **$3,000.00** | **$7,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Maricopa County Treasurer**<br>**301 West Jefferson**<br>**Phoenix, AZ 85003** | | **Residential Real Property**<br>**341 W. Secretariat Dr.**<br>**Tempe, AZ 85284** | | **Unknown** | **$650,000.00** | **Unknown** |
| **Ocwen Loan Servicing**<br>**P.O. Box 24737**<br>**West Palm Beach, FL 33416-4737** | | **Residential Real Property**<br>**341 W. Secretariat Dr.**<br>**Tempe, AZ 85284** | | **$891,162.71** | **$650,000.00** | **$241,162.71** |
| **Thomas E. Littler P.C. Retirement Plan**<br>**341 W. Secretariat**<br>**Tempe, AZ 85284** | | **Residential Real Property**<br>**341 W. Secretariat Dr.**<br>**Tempe, AZ 85284** | | **$200,000.00** | **$650,000.00** | **$200,000.00** |
| **Thomas E. Littler P.C. Retirement Plan**<br>**341 W. Secretariat**<br>**Tempe, AZ 85284** | | **Residential real property**<br>**3399 Pine Cone Dr.**<br>**Lakeside AZ 85929** | | **$200,000.00** | **$200,000.00** | **$105,000.00** |
| **Thomas E. Littler P.C. Retirement Plan**<br>**341 W. Secretariat**<br>**Tempe, AZ 85284** | | **Residential Real Property**<br>**3907 Gresham St. #6**<br>**San Diego CA 92109** | | **$200,000.00** | **$600,000.00** | **$88,173.81** |

GRESHAM & GRAHAM GENERAL PARTNERSHIP -


ALISANOS COMMUNITY ASSOCIATION
C/O SENTRY MANAGEMENT
7955 S. PRIEST DR., SUITE 105
TEMPE AZ 85284


AMERICAPITAL MORTGAGE & INVESTMENTS
15150 N. HAYDEN RD.
SUITE 225
SCOTTSDALE AZ 85260


ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY & LITIGATION SECTION
1600 W. MONROE #720
PHOENIX AZ 85007


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


KAUFMAN BC INVESTMENTS, INC.
4631 E. UNIVERSITY DR.
PHOENIX AZ 85034


KAUFMAN BC INVESTMENTS, INC.
4631 E. UNIVERSITY DR.
PHOENIX AZ 85034


MARICOPA COUNTY TREASURER
301 WEST JEFFERSON
PHOENIX AZ 85003


OCWEN LOAN SERVICING
P.O. BOX 24737
WEST PALM BEACH FL 33416-4737


SAN DIEGO COUNTY ASSESSOR
1600 PACIFIC HIGHWAY
SUITE 103
SAN DIEGO CA 92101


SELECT PORTFOLIO SERVICING
P.O. BOX 65250
SALT LAKE CITY UT 84165

```
GRESHAM & GRAHAM GENERAL PARTNERSHIP -


THOMAS E. LITTLER
341 W. SECRETARIAT
TEMPE AZ 85284


THOMAS E. LITTLER
341 W. SECRETARIAT
TEMPE AZ 85284


THOMAS E. LITTLER P.C. RETIREMENT PLAN
341 W. SECRETARIAT
TEMPE AZ 85284


THOMAS E. LITTLER P.C. RETIREMENT PLAN
341 W. SECRETARIAT
TEMPE AZ 85284


THOMAS E. LITTLER P.C. RETIREMENT PLAN
341 W. SECRETARIAT
TEMPE AZ 85284
```